UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coalition for a Sustainable Delta, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>John Carlson, Jr., in his official capacity as Executive Director of the California Fish and Game Commission, et al.,<br><br>        Defendants. | 2:08-cv-00220-FCD-KJM<br><br>ORDER RELATING AND TRANSFERRING CASE AS RELATED TO CASE 1:05-cv-01207-OWW-GSA, *NRDC v. KEMPTHORNE* AND CASE 1:06-cv-00245-OWW-GSA, *PCFFA v. GUTIERREZ* UNDER EASTERN DISTRICT LOCAL RULES 83-123 AND 3-120 |

    On February 19, 2008, this court issued its *Notice of Intent to Transfer Case as Related to Case 1:05-cv-01207-OWW-GSA, NRDC v. Kempthorne and 1:06-cv-00245-OWW-GSA, PCFFA v. Gutierrez Under Eastern District Local Rule 83-123* (Doc. 7) ("Notice").  The Notice sought to relate this case to *Kempthorne* and *Gutierrez*, two cases now pending before this court, as these cases also involve ESA claims regarding the population decline of the Delta smelt, winter-run Chinook, spring-run Chinook, and Central Valley steelhead species.

    The Notice required the parties to show cause why this case should not be related to the *Kempthorne* and *Gutierrez* cases and transferred to this court, by no later than March 5, 2008.  The Notice also required that plaintiffs in this case serve a copy of

1  the Notice on the named defendants.  Plaintiffs served the named
2  defendants with a copy of the Notice on February 21, 2008.  (Doc.
3  10).  Neither plaintiffs nor defendants filed a response to the
4  Notice.
5       For the reasons stated in the Notice, and the absence of
6  response to the Notice of Intent to Relate and Transfer Case;
7       IT IS ORDERED that case number 2:08-cv-00220-FCD-KJM
8  *Coalition for Sustainable Delta, et al., Plaintiffs v. John*
9  *Carlson, Jr., etc., et al.,* is related to cases 1:05-cv-01207-
10 OWW-GSA and 1:06-cv-00245-OWW-GSA under Eastern District of
11 California Local Rule 83-123.
12      FURTHER ORDERED that the Clerk of Court transfer case number
13 2:08-cv-00220-FCD-KJM from the Sacramento Division to the Fresno
14 Division and assign it to District Judge Oliver W. Wanger and
15 Magistrate Judge Gary S. Austin for all purposes under Eastern
16 District of California Local Rule 3-120(f).  This case shall be
17 renumbered in accordance with the administrative procedures of
18 the Eastern District of California.

23 **IT IS SO ORDERED.**
24 **Dated:   March 17, 2008**                /s/ Oliver W. Wanger
                                    **UNITED STATES DISTRICT JUDGE**